In the Matter of CONSTANTINE JACKSON, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent.

Submitted October 20, 2014; decided November 24, 2014

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 903 (2014)].

KRISTIN MANGILIT-PRADLIK, Plaintiff, and ANTHONY J. PRADLIK, Appellant, v VALVOLINE INSTANT OIL CHANGE GE6604-WHITE PLAINS et al., Respondents.

Submitted October 27, 2014; decided November 24, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.

KHANH T. NGUYEN, Appellant, v NEMET MOTORS, Respondent.

Submitted October 20, 2014; decided November 24, 2014

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion (*see* NY Const, art VI, § 3 [b]; CPLR 5602).